UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

GARY PETTERSON,                    )    3:08-CV-00681-ECR-RAM
                                   )
        Plaintiff,                 )    MINUTES OF THE COURT
                                   )
vs.                                )    DATE: September 2, 2010
                                   )
JAMES BENEDETTI, et al.,           )
                                   )
        Defendants.                )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

        On August 9, 2010, the Magistrate Judge entered a Report and
Recommendation (#29) recommending that Defendants' Motion for Summary
Judgment (#22) be granted as to Defendants Benedetti and Helling with
respect to Count I, granted as to all Defendants with respect to Count II,
and denied as to Defendants Roberson and Hossak with respect to Count I.

        No objections have been filed to the Report and Recommendation (#29)
within the time required by the Rules of the Court.

        **IT IS HEREBY ORDERED** that the Report and Recommendation (#29) is
**APPROVED** and **ADOPTED**.

        **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion for Summary
Judgment (#22) is **GRANTED** as to Defendants Benedetti and Helling with
respect to Count I, **GRANTED** as to all Defendants with respect to Count II,
and **DENIED** as to Defendants Roberson and Hossak with respect to Count I.

                              LANCE S. WILSON, CLERK

                              By _____/s/_____
                                    Deputy Clerk