## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARY PETERSON, | ) | 3:08-CV-0681-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 30, 2010 |
| | ) | |
| JAMES BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Enlargement of Time to File Joint Pretrial Order (Doc. #32). Good cause appearing,

Defendants' Motion for Enlargement of Time to File Joint Pretrial Order (Doc. #32) is **GRANTED**.  The parties shall have to and including **December 17, 2010**, in which to file their Joint Pretrial Order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk