UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| GARY PETTERSON, | CASE NO. 3:08-CV-0681-ECR-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: JANUARY 13, 2011 |
| JAMES BENEDETTI, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 8:58:52 a.m. - 9:05:15 a.m.</u>

Counsel for Plaintiff(s): <u>GARY PETTERSON, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>KELLY WERTH (telephonically)</u>


PROCEEDINGS: **MOTION HEARING**

8:58 a.m. Court convenes.

The Court addresses the subject motions and finds that the discovery deadline is long past. Furthermore, the defendants have responded adequately to the request at issue. Therefore, IT IS ORDERED that the Motion for Discovery (Docket #33), Motion to Extend Time re Joint Pretrial Order (Docket #34), and the Motion to Compel Discovery (Docket #35) are DENIED.

IT IS FURTHER ORDERED that the Proposed Joint Pretrial Order shall be submitted to the Court no later than **February 11, 2011.**

9:05 a.m.  Court adjourns.

                 LANCE S. WILSON, CLERK

                 By: <u>/s/          </u>
                 Deputy Clerk